| | |
|---|---|
| 1 | GLEN E. GATES |
| 2 | 7100 North Financial Drive, Suite 105 |
|   | Fresno, California 93720-2900 |
| 3 | Telephone: (559) 432-0283 |
|   | Facsimile: (559) 432-6321 |
| 4 | In pro per |

**FILED**
JAN 29 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

\* \* \* \* \*

| | | |
|---|---|---|
| GLEN E. GATES, | | CASE NO. CV-01306-AWI-SMS |
| Plaintiff, | | **DISMISSAL OF DEFENDANTS DIRECTV INTERNATIONAL, INC. AND NATIONWIDE CREDIT, INC. WITH PREJUDICE** |
| vs. | | |
| DirecTV International, Inc.; Nationwide Credit, Inc. and Does 1 through 15. | | |
| Defendant(s). | | |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff Glen E. Gates, hereby dismisses, with prejudice, DirecTV International, Inc. and Nationwide Credit, Inc.

Dated: Jan. 28, 2008

/s/ GLEN E. GATES
GLEN E. GATES, Plaintiff

It is so Ordered. Dated: 1-29-08

_____
United States District Judge

- 1 -

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF FRESNO

I am a resident of the State of California. I am over the age of 18 years, and not a party to the within entitled action; my business address is: 7100 North Financial Drive, Suite 105, Fresno, California 93720.

On Jan. 28, 2008, I served the within document(s):

**DISMISSAL OF DEFENDANTS DIRECTV INTERNATIONAL, INC. AND NATIONWIDE CREDIT, INC. WITH PREJUDICE**

☒ BY MAIL - By placing a true copy of the documents listed above in a sealed envelope with postage thereon fully prepaid in the United States mail at Fresno, California, addressed as set forth below.

☐ BY FAX - By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ BY PERSONAL DELIVERY – By causing personal delivery by of the document(s) listed above to the person(s) at the address(es) set forth below.

☐ BY HAND – By personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Jeffrey A. Topor, Esq.
Simmonds & Narita, LLP
44 Montgomery St., Ste. 3010
San Francisco, CA 94104-4816

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on Jan. 28, 2008, at Fresno, California.

/s/ Cherry Zubeck
CHERRY ZUBECK